IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

BERNADETTE SCOTT,  :
Individually :
 :
      Plaintiff, :
 : Case No. 4:23-cv-10115
v. :
 :
WESTE POINT PLAZA, LLC :
A Domestic Limited Liability Corporation :
 :

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Bernadette Scott, in the above-styled action, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses with prejudice.

Dated: March 7, 2023

                                        Respectfully Submitted,

                                        By: /s/ Pete M. Monismith
                                        Pete M. Monismith
                                        Attorney for Plaintiff
                                        3945 Forbes Ave., #175
                                        Pittsburgh, PA 15213
                                        (tel) 724-610-1881
                                        (fax) 412-258-1309
                                        pete@monismithlaw.com